UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMERICO URENA-JIMENEZ; and<br>FAUSTO URENA-JIMENEZ,<br>Defendants. | No. 25-cr-103-JJM-PAS |

## ORDER

Before the Court is Defendants' Motion to Reconsider (ECF No. 34) its Order denying Defendants' Motion to Suppress. ECF No. 24. The Government filed a non-substantive, objection without a memorandum, and simply stated, "The United States respectfully asserts that a reconsideration is not warranted and requests that the instant motion be denied." ECF No. 39. It was filed 3 days late, without any request for an extension.

After reviewing all the papers in this case, the Court agrees with the Defendants that it should hold an evidentiary hearing concerning the reliability of the cooperator before ruling on the Motion to Suppress.

Therefore, the Court GRANTS Defendants' Motion to Reconsider (ECF No. 34), WITHDRAWS its Memorandum and Order dated July 9, 2026 (ECF No. 33), REINSTATES Defendants' Motion to Suppress (ECF No. 24), and will set a date for the evidentiary hearing on the Motion to Suppress in consultation with the attorneys to accommodate the availability of the witnesses.

IT IS SO ORDERED.

***s/John J. McConnell, Jr.***

_______________________________
John J. McConnell, Jr.
Chief Judge
United States District Court

August 18, 2026